UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-60015-DIMITROULEAS/HUNT

18 U.S.C. § 1015(f)
52 U.S.C. § 10307(c)
18 U.S.C. § 922(g)(5)(A)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

v.

CARLOS JOSE ABREU,
a/k/a "C.R.V.,"

Defendant.
_____/

FILED BY ___BM___ D.C.
Jan 30, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### False Claims to Register to Vote
### (18 U.S.C. § 1015(f))

On or about September 29, 2020, in Broward County, in the Southern District of Florida, the defendant,

**CARLOS JOSE ABREU,**
**a/k/a "C.R.V."**

an alien, knowingly made a false statement and claim that he was a citizen of the United States in order to register to vote and to vote in a Federal, State, and local election, in that he falsely stated and claimed that he was a United States Citizen when registering to vote with the office of the supervisor of elections for Broward County, Florida, in violation of Title 18, United States Code, Section 1015(f).

## COUNT 2
## False Information in Voting
## (52 U.S.C. § 10307(c))

On or about November 6, 2022, in Broward County, in the Southern District of Florida, the defendant,

**CARLOS JOSE ABREU,**
a/k/a "C.R.V."

knowingly and willfully gave false information as to his name for the purpose of establishing his eligibility to vote in primary and general elections held solely and in part for the purpose of selecting and electing any candidate for the office of President, Vice President, presidential elector, Member of the United States Senate, and Member of the United States House of Representatives, in that he submitted or caused to be submitted a voter's certificate required in order to vote to the supervisor of elections for Broward County, Florida, in violation of Title 52, United States Code, Section 10307(c).

## COUNT 3
## Alien in Possession of a Firearm
## (18 U.S.C. § 922(g)(5)(A))

On or about August 21, 2024, in Broward County, in the Southern District of Florida, the defendant,

**CARLOS JOSE ABREU,**
a/k/a "C.R.V."

knowing that he was an alien who was illegally and unlawfully in the United States, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(5)(A).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully

incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **CARLOS JOSE ABREU**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922(g)(5)(A), or any other criminal law of the United States, as alleged in this Superseding Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code Section 924(d)(1).

All pursuant to Title 18, United States Code, Section 924(d)(1), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1) and by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

_____
BRIANNA COAKLEY
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  Carlos Jose Abreu, a/k/a "C.R.V."

**Case No**: _____

Count #: 1

False Claims to Register to Vote

Title 18, United States Code, Section 1015(f)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** None
* **Max. Supervised Release:** 3 year
* **Max. Fine:**   $250,000

Count #: 2

False Information in Voting

Title 52, United States Code, Section 10307(c)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** None
* **Max. Supervised Release:** 3 year
* **Max. Fine:** $10,000

Count #: 3

Alien in Possession of a Firearm and Ammunition

Title 18, United States Code, Section 922(g)(5)
* **Max. Term of Imprisonment:** 15 years
* **Mandatory Min. Term of Imprisonment (if applicable):** None
* **Max. Supervised Release:** 3 year
* **Max. Fine:**   $250,000

*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 25-CR-60015-DIMITROULEAS/HUNT

v.

CARLOS JOSE ABREU,
a/k/a "C.R.V.,"
_____/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☐ FTP
- ☒ FTL
- ☐ WPB

I do hereby certify that:
1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish
4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I  ☒ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) Yes
   If yes, Judge David S. Leibowitz   Case No. 24-CR-60155-LEIBOWITZ
9. Defendant(s) in federal custody as of August 21, 2024
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____
Brianna Coakley
Assistant United States Attorney
SDFL Court ID No.   A5503184